IN THE UNITED STATES DISTRICT COURT

UNITED STATES DEPARTMENT OF THE TREASURY

    (Plaintiff),

  v.

SEIZED FEDERAL SECURITIES

    (Defendants).

_____/

4-21CV-182-O

Case No. _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 3 2021

CLERK, U.S. DISTRICT COURT
By _____ Deputy

COMPLAINT FOR FORFEITURE IN REM

Counsel
United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20530

NOW COMES the United States Department of the Treasury, Plaintiff herein, by and through FEDERAL TRUSTEE Duane L. Berry pursuant to Department of Treasury (IRS) code 26 U.S.C § 6903 and the United States Attorney General pursuant to 28 U.S.C. § 516, in a civil cause of forfeiture, and respectfully states the following:

INTRODUCTION

1. This is a civil action in rem pursuant to 18 U.S.C. § 981(a)(1)(A) and (C). Procedures for this action are mandated by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and, to the extent applicable, 18 U.S.C. §§ 981, 983, and 984, and the Federal Rules of Civil Procedure.

2. This action seeks the forfeiture of all right, title, and interest in the above captioned property because the property constitutes or is derived from wire fraud in violation of 18 U.S.C. § 1343, major fraud against the United States in violation of 18 U.S.C. § 1031, and financial monetary transactions of tax instruments and money laundering conspiracy in violation of 18 U.S.C. §§ 1957 and 1956(h). As set forth more fully below, the conspirators identified herein, through fraud and false pretenses, obtained the property and or engaged in numerous transactions concerning fraud relating to tax instruments, monetary transactions, and money laundering.

3. This Court has jurisdiction over this action commenced by the United States under 28 U.S.C. § 1345 and over this action for forfeiture under 28 U.S.C. § 1355(a). The Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

4. This Court has venue pursuant to 28 U.S.C. §§ 1355 and 1395, as defendant property was found in this district.

5. The defendant is all present and future interest in the following property (hereafter collectively, "Seized Federal Securities"):(SEE EXHIBIT A)

6. The Seized Federal Securities, pursuant to the National Security Act (50 U.S.C. 3162(a)(1))and other means, are currently being held in part by the Plaintiff, its FEDERAL TRUSTEE, and or the United States Marshals Service. (SEE EXHIBIT B)

7. Pursuant to Supplemental Rule G(2)(f), facts in support of a reasonable belief that the Government will be able to meet its burden of proof at trial as follows and have been verified by the attached FEDERAL TRUSTEE'S complaint with the Treasury Inspector General for Tax Adminsitration (TIGTA). (SEE EXHIBIT C)

## SUMMARY OF THE FRAUD

8. On 12/02/2019, FEDERAL TRUSTEE Duane L. Berry, and "Whistleblower" against then President Donald J. Trump, moved the 2nd Circuit Court of Appeals in an "Emergency Motion to Intervene" in the Presidents tax fraud investigation case which involved the United States House of Representatives as Intervenors and several media outlets as Movants. See Trump v. Deutsche Bank et al. (SEE EXHIBIT D)

9. Pending the action...millions of un-redacted classified tax returns and other sensitive financial data, bank records and accounts of banking and tax transactions of several million americans, federal government agencies, including but not limited to the United States Department of Defense, United States Department of State, and the (Plaintiff) United States Department of the Treasury were unlawfully obtained by the media outlets, President Trump, who is now facing criminal impeachment hearings in the Senate, and several other conspirators. (SEE EXHIBIT E)

10. After repeated attempts to informally retrieve the Seized Federal Securities from the conspirators by the FEDERAL TRUSTEE, the Plaintiff, by and through its FEDERAL TRUSTEE and its powers appointed to him by Congress pursuant 26 U.S.C § 6903 employed the National Security Act, and other means, to retrieve the Seized Federal Securities.

11. The leak of the Seized Federal Securities has been a direct breach of the national security of the United States in which several trillion dollars of monetary transactions are potentially being exposed and compromised by the conspirators and other foreign entities, including the 'dark web' and Russian operatives.

12. The leak is also in direct violation of the Gramm-Leach-Biley Act, in which financial institutions are not permitted to disclose nonpublic information of a customer to a third party without the consent of the customer. See 15 U.S.C. § 6802 (a)(b). Nonpublic personal information includes personally identifiable financial account infromation, including names and street addresses, where those details are disclosed in a manner that indicates the associated names are clients of a fiancial institution See 16 C.F.R. § 313.3(n)(1)(i), (3)(ii). All of which have been factors in this leak.

13. Furthermore, "tax returns are generally afforded special protection from public disclosure", See e.g. Solomon v. Siemens Indus., Inc., 8 f. Supp. 3D 261, 285-86(E.D.N.Y. 2014) and any unlawful possession of tax returns for specific individuals or government security agencies would jeopardize the national security of the United States.

## CONCLUSION

14. By virtue of the foregoing, ALL right, title, and interest in the Seized Federal Securities held in the United States at the time of the commission of the unlawful acts giving rise to forfeiture has now become forfeitable to the United States.

WHEREFORE, the Plaintiff respectfully prays the Court that:

A. Due notice be given to all known conspirators to appear and show cause why the forfeiture should not be decreed;

B. Judgment be entered declaring the Seized Federal Securities be forfeited to the United States for disposition according to law; and

C. The Plaintiff be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action, including but not limited to the expenses of maintenance and protection of the Seized Federal Securities.

Dated: January 29, 2021                    Respectfully submitted,

UNITED STATES DEPARTMENT OF THE TREASURY
by and through
FEDERAL TRUSTEE DUANE L. BERRY

EXHIBIT A

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-10377

United States Court of Appeals
Fifth Circuit
**FILED**
December 30, 2019
Lyle W. Cayce
Clerk

THE INCLUSIVE COMMUNITIES PROJECT, INCORPORATED,

Plaintiff–Appellant,

versus

DEPARTMENT OF TREASURY;
OFFICE OF THE COMPTROLLER OF THE CURRENCY,

Defendants–Appellees.

WARRANT FOR ARREST IN REM

TO: THE UNITED STATES MARSHAL AND ANY AUTHORIZED PERSON

WHEREAS, in a matter concerning the National Security of the United States in the above captioned action, the undersigned FEDERAL TRUSTEE, on behalf of the United States Department of the Treasury, has issued a warrant for arrest in rem regarding the recovery and investigation of classified tax records, documents, and banking information pursuant to the National Security Act. [See 50 U.S.C. § 3162(a)(1)]

WHEREAS, the undersigned FEDERAL TRUSTEE is authorized to issue this warrant and no further court action is required. [See 50 U.S.C. § 3162(a)(3)(A) and 26 U.S.C. § 6903]

DUANE L. BERRY
FEDERAL TRUSTEE

REQUESTED PROPERTY

1. Federal Security #▮▮▮▮6098149 (apprx. 44.5 lbs.)

   Custodian: CNN
              1 CNN Center
              Atlanta, GA 30303

2. Federal Security #▮▮▮▮6161270 (apprx. 44.6 lbs.)

   Custodian: USA Today
              535 Madison Ave.
              54th Street
              New York, NY 10022

3. Federal Security #▮▮▮▮3375564 (apprx. 44.8 lbs.)

   Custodian: Washington Post
              1150 15th Street NW
              Washington, DC 20071

4. Federal Security #▮▮▮▮3398922 (apprx. 44.8 lbs.)

   Custodian: New York Times
              620 8th Ave.
              New York, NY 10018

5. Federal Security #▮▮▮▮3407541 (apprx. 44.8 lbs.)

   Custodian: Wall Street Journal
              1211 6th Ave.
              New York, NY 10036

WHEREAS, pursuant to the NATIONAL SECURITY ACT, the Custodian served this warrant shall not disclose to any person that the property requested and seized have been obtained with the exception of "those persons to whom disclosure is necessary in order to comply with the request;" (See 18 USC § 3511)

* THE NON-DISCLOSURE REQUIREMENT SHALL BE SUBJECT TO COURT REVIEW

7-15

FedEx Ground
7765237555M   44.8 lbs. (S)   44.34
Declared Value   100
Recipient Address:
attn martin baron
washington post headquarters
1150 15 st nw
Washington, DC 20071
4444444444

Scheduled Delivery Date is 2 business days

Pricing option:
STANDARD RATE

Package Information:
Your Packaging
19 x 13 x 13

FedEx Ground
776523398922   44.8 lbs. (S)   44.34
Declared Value   100
Recipient Address:
dean p baquet
new york times headquarters
620 8th ave
New York, NY 10018
4444444444

Scheduled Delivery Date is 2 business days

Pricing option:
STANDARD RATE

Package Information:
Your Packaging
19 x 13 x 13

FedEx Ground
776523407541   44.8 lbs. (S)   44.34
Declared Value   100
Recipient Address:
matt murray
wall street journal
1211 6th ave
New York, NY 10036
4444444444

FedEx Ground
780236098149   44.5 lbs. (S)   44.34
Declared Value   100
Recipient Address:

CNN CENTER
1 CNN Center
ATLANTA, GA 30303
4048272688

Scheduled Delivery Date is 2 business days

Pricing option:
STANDARD RATE

Package Information:
Your Packaging
18 x 13 x 13

FedEx Ground
780236161270   44.5 lbs. (S)   44.34
Declared Value   100
Recipient Address:

USA Today
535 Madison Ave
54th Street
New York, NY 10022
0000000000

Scheduled Delivery Date is 2 business days

Pricing option:
STANDARD RATE

Package Information:
Your Packaging
18 x 13 x 13

Shipment subtotal:   $143.11
Total Due:   $143.11
(S) CreditCard:   $143.11
************7791

8-15

EXHIBIT B

Case 2:15-cr-20743-DML-MKM   ECF No. 165   filed 04/29/19   Page 2 of

Form 05-46(Rev 2-2001)
Department of the Treasury
Internal Revenue Service

| Station | Quantity | Title/Catalog Number | Line No STD-B005 | Batch No 89014 | Order No 68071135 |
|---|---|---|---|---|---|

SUBTYPE - M  MAIL

Message

'02  SOME ITEMS ARE BACKORDERED AND WILL BE SENT WHEN AVAILABLE PLEA
NOT REORDER.

| Station | Quantity | Title/Catalog Number | Line No |
|---|---|---|---|
| B005 001 04 | 1 | E 182 W | 20000300 64288W |
| B005 001 05 | 1 | F W-9 | 20181000 10231X |
| B005 004 02 | 10 | F W-9 | 20181000 20479P |
| B005 004 03 | 1 | SS-4 | 20171200 16055N |
| B0848 | 1 | SS-4 | 20171200 62736F |
| B0848 | 5 | F 1099 MISC | 20180000 14425J |
| B005 010 05 | 1 | F 1099 MISC | 20180000 27982J |
| B005 010 06 | 1 | F 1096 | 20180000 14400O |
| B005 011 05 | 5 | 1099 GENERAL | 20180000 27976F |
| B005 011 06 | 1 | F 1099 A | 20180000 14412G |
| B005 014 02 | 4 | F 1099 A | 20180000 27991U |
| B005 014 04 | 1 | 1099 A & C | |

INTERNAL REVENUE SERVICE
1201 N. MITSUBISHI MTWY
BLOOMINGTON IL 61705 - 6613

Official Business
Penalty for Private Use, $300

UPS MI MAIL
Zone US

DUANE L BERRY
FEDERAL TRUSTEE
38742 BRAHAM ST
CLINTON TWP MI 48038 - 3101

hu wait? Get most forms & publications faster download from www.irs.gov/forms

5 - 5

Page 1 of 1

https://ecf.mied.uscourts.gov/doc1/097110684594

9-15

Form **8822-B**
(Rev. February 2018)
Department of the Treasury
Internal Revenue Service

# Change of Address or Responsible Party — Business

▶ Please type or print.
▶ See instructions on back.  ▶ Do not attach this form to your return.
▶ Go to www.irs.gov/Form8822B for the latest information.

OMB No. 1545-1163

Before you begin: If you are also changing your home address, use Form 8822 to report that change.

If you are a tax-exempt organization (see instructions), check here ☐

Check all boxes this change affects:

1 ☒ Employment, excise, income, and other business returns (Forms 720, 940, 941, 990, 1041, 1065, 1120, etc.)

2 ☐ Employee plan returns (Forms 5500, 5500-EZ, etc.)

3 ☐ Business location

**4a Business name**
UNITED STATES DEPARTMENT OF THE TREASURY

**4b Employer identification number**
47-146▇▇▇▇

**5 Old mailing address** (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.
1500 PENNSYLNANIA AVE NW, WASHINGTON DC  20220

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**6 New mailing address** (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.
N/A

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**7 New business location** (no., street, room or suite no., city or town, state, and ZIP code). If a foreign address, also complete spaces below, see instructions.
N/A

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**8 New responsible party's name**
DUANE L. BERRY

**9 New responsible party's SSN, ITIN, or EIN**
373-92-▇▇▇▇

**10 Signature**

Daytime telephone number of person to contact (optional) ▶

**Sign Here** ▶ *[signature]*
Signature of owner, officer, or representative
FEDERAL TRUSTEE [26 U.S.C. § 6903]
Title

Date: 4-15-2019

## Where To File

Send this form to the address shown here that applies to you.

| IF your old business address was in . . . | THEN use this address . . . |
|---|---|
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service Cincinnati, OH 45999-0023 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, any place outside the United States | Internal Revenue Service Ogden, UT 84201-0023 |

For Privacy Act and Paperwork Reduction Act Notice, see back of form.     Cat. No. 57465H     Form **8822-B** (Rev. 2-2018)

<u>EXHIBIT C</u>

| Form 3949 A (2-2007) | Department of the Treasury – Internal Revenue Service<br>**Information Referral**<br>(See instructions on reverse) | OMB # 1545-1960 |
|---|---|---|

**1. Taxpayer Name** DONALD J. TRUMP

a. Street Address: 140 E. 45th St., 17th flr

b. City/State/ZIP: New York, NY 10017

c. Social Security Number (SSN):

d. Occupation: PRESIDENT (USA)

e. Date of Birth:

**2. Business Name** CONSOVOY McCARTHY PLLC

a. Street Address: 10 Post Office Square

b. City/State/ZIP: Boston, MA 02109

c. Employer Identification Number:

d. Principal Bus Activity: REAL ESTATE

**3. Marital Status**
☒ Married  ☐ Single  ☐ Head of Household
☐ Divorced  ☐ Separated

**3a. Name of Spouse** MELANIA TRUMP

**4. Alleged Violation of Income Tax Law (Check all that apply).**
- ☐ False Exemption
- ☐ False Deductions
- ☐ Multiple Filing
- ☒ Organized Crime
- ☐ Unsubstantiated Income
- ☐ Kickback
- ☐ False/Altered Documents
- ☒ Failure to Pay Tax
- ☒ Unreported Income
- ☐ Narcotics Income
- ☒ Public/Political Corruption
- ☐ Failure to File Return
- ☐ Failure to Withhold Tax
- ☐ Wagering/Gambling
- ☐ Earned Income Credit
- ☒ Other (Describe below)

**5. Unreported Income and Tax Years** (Fill in Tax Years and dollar amount(s), if known, e.g., TY2005 $10,000)

TY____ $_____  TY____ $_____  TY____ $_____  TY____ $_____  TY____ $_____  TY____ $_____

a. Comments (Briefly describe the facts of the alleged violation - Who/What/Where/When/How. Attach another sheet, if needed).

"Major Fraud Against the United States" concerning CLASSIFIED TAX RECORDS. (SEE ATTACHMENT)

b. Are books/records available?  ☒ Yes  ☐ No

c. Do you consider the taxpayer dangerous?  ☒ Yes  ☐ No

d. Banks, Financial Institutions used by the taxpayer:
Name: DEUTSCHE BANK AG
Address: 2001 K St., NW
City/State/ZIP: Washington, DC 20006

Name: AKIN GUMP STRAUSS HAUER & FELD
Address: 1 Bryant Park
City/State/ZIP: New York, NY 10036

e. Please describe how you learned and/or obtained the information in this report (Attach another sheet, if needed):

(SEE ATTACHMENT)

**6. Your Name:** DUANE L. BERRY (FEDERAL TRUSTEE)

a. Address: 38742 Bramham St.

b. City/State/ZIP: Clinton Twp., MI 48038

c. Telephone Number (Please include the Area Code):

For Mailing Address, see Instructions

For Paperwork Reduction Act, see Instructions

Catalog Number 47872E

Form 3949 A (Rev. 2-2007)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of August, two thousand and nineteen,

BEFORE:   Jon O. Newman,
          Peter W. Hall,
          Debra Ann Livingston,
             *Circuit Judges.*

---

Donald J. Trump, Donald J. Trump, Jr., Eric Trump, Ivanka Trump, Donald J. Trump Revocable Trust, Trump Organization, Inc., Trump Organization LLC, DJT Holdings LLC, DJT Holdings Managing Member LLC, Trump Acquisition LLC, Trump Acquisition, Corp.,

    Plaintiffs - Appellants,

v.

Deutsche Bank AG, Capital One Financial Corporation,

    Defendants - Appellees,

Committee on Financial Services of the United States House of Representatives, Permanent Select Committee on Intelligence of the United States House of Representatives,

    Intervenor Defendants - Appellees.

**ORDER**
Docket No. 19-1540

---

    Superseding all previous instructions from the Clerk of the Court, it is hereby ORDERED that the Defendants–Appellees Deutsche Bank AG and Capital One Financial Corporation each inform the Court by letter, filed by 4 p.m. Tuesday, August 27, 2019, whether it has in its possession any tax returns of any of the individuals or entities named or referred to (directly or indirectly) in paragraph 1 of the subpoenas the bank has received from the Intervenor Committees. If either bank is unable to answer this inquiry for any reason, the bank shall set forth in detail the grounds for declining to answer the Court's inquiry. If either bank represents in good faith that all or any part of its response to this Order is entitled to confidentiality, it shall set forth the basis for such belief in its response; in that event, redactions may be made in the version of the response filed and served on the Intervenor–Committees, and an unredacted version of the response shall be filed under seal with the Court and need not be served on the Intervenor–Committees.

19-1540 Donald J. Trump v. Deutsche Bank AG

Donald J. Trump, Donald J. Trump, Jr., Eric Trump, Ivanka Trump, Donald J. Trump Revocable Trust, Trump Organization, Inc., Trump Organization LLC, DJT Holdings LLC, DJT Holdings Managing Member LLC, Trump Acquisition LLC, Trump Acquisition, Corp.,

    Plaintiffs – Appellants,

v.

Deutsche Bank AG, Capital One Financial Corporation,

    Defendants – Appellees,

Committee on Financial Services of the United States House of Representatives, Permanent Select Committee on Intelligence of the United States House of Representatives,

    Intervenor Defendants – Appellees.

19-1540 Donald J. Trump v. Deutsche Bank AG

| | |
|---|---|
| Cable News Network, Inc.<br>    Movant | Jacquelyn Schell, Esq., –<br>[COR LD NTC Attorney]<br>(see above) |
| The New York Times Company<br>    Movant | Jacquelyn Schell, Esq., –<br>[COR LD NTC Attorney]<br>(see above) |
| POLITICO LLC<br>    Movant | Jacquelyn Schell, Esq., –<br>[COR LD NTC Attorney]<br>(see above) |
| WP Co. LLC, d/b/a the Washington Post<br>    Movant | Jacquelyn Schell, Esq., –<br>[COR LD NTC Attorney]<br>(see above) |
| Dow Jones & Company, Inc.<br>    Movant | Jacquelyn Schell, Esq., –<br>[COR LD NTC Attorney]<br>(see above) |
| Reuters News & Media Inc.<br>    Movant | Jacquelyn Schell, Esq., –<br>[COR LD NTC Attorney]<br>(see above) |
| Duane L. Berry<br>    Movant | Duane L. Berry, –<br>[NTC Pro Se]<br><br>Fort Worth<br>P.O. Box 15330<br>Fort Worth, TX 76119<br><br>Duane L. Berry, –<br><br>[NTC Pro Se]<br>38742 Bramham Street<br>Clinton Township, MI 48038 |

# EXHIBIT E

Page: 1 Document Name: Current Document   Case 4:20-cv-00173   Document 1   Filed 02/24/20   Page 26 of 65   PageID 26

IRPTRN56090660932015000000                *(TY2015)                         PAGE 0115 OF 0174

```
DOCUMENT TYPE: 1099-A
PAYEE ENTITY DATA:
 BANK OF AMERICA
 100 N TRYON ST
 CHARLOTTE                                 ACQUISITION DATE: N/A
 STATE: NC  ZIP: 28255-0000                PERSONAL LIABILITY (BELOW):
                                           BOX CHKD - PERSONALLY LIABLE
ACCOUNT NUMBER:
PAYER ENTITY DATA:
 US DEPARTMENT OF TREASURY
 1500 PENNSYLVANIA AVE NW
 WASHINGTON                  DC 20220

ITEM DESCRIPTION: N/A
PRPTY FMV.......$393,348+
DEBT OUT........$505,977+
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*          TAXPAYER COPY          \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date: 5/1/2018  Time: 5:38:41 PM

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
U.S. DEPARTMENT OF THE TREASURY

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Washington, DC 20530

## DEFENDANTS
SEIZED FEDERAL SECURITIES

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question (U.S. Government Not a Party)
[ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [X] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 864 SSID Title XVI | |
| | | | | [ ] 865 RSI (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[ ] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[X] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 18 USC § 981
Brief description of cause: Asset Forfeiture in rem action

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 1.9 trill
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE 2nd Cir. Appeal Court    DOCKET NUMBER 19-1540

DATE 1-29-2021

SIGNATURE OF ATTORNEY OF RECORD
U.S. Attorney General

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



RECEIVED
2021 FEB 23 PM 12: 32
DEPUTY CLERK

United States District Court
for the Northern District of Texas
Attn: Clerk of the Court
501 West Tenth St.
Fort Worth, TX 76102

Duane L. Derry 03230014
Federal Trustee
Federal Medical Center
FMC-Butner
P.O. Box 1600
Butner, NC 27509

Special Legal Court Mail
16 Pgs enclosed
Timely Deposited: Feb 2, 2021

Special Legal Court Mail
16 pg's enclosed
Timely Deposited: Feb 2, 2021