# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **DUANE L. BERRY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-0182-O |
| | § | |
| **SEIZED FEDERAL SECURITIES,** | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

In accordance with the Court's Order issued earlier today, and pursuant to Federal Rule of Civil Procedure 58(a), it is hereby **OREDERED**, **ADJUDGED**, and **DECREED** that this matter is **DISMISSED without prejudice** in light of a previously filed identical action pending in the United States District Court for the Southern District of New York and, alternatively, for lack of subject matter jurisdiction.

**Signed** this **25th day** of **February, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE